IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELL M. SCHLOSSER, Individually and
on Behalf of All others Similarly Situated                                   PLAINTIFF


v.                                      Case No. 6:22-cv-06016


FRIENDS FIRST, LLC                                                        DEFENDANT

## ORDER

        Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice.  (ECF No. 6).  The

Court finds that no response is necessary and that this matter is ready for consideration.  Plaintiff asks the

Court to dismiss this case without prejudice with each party bearing its own attorney fees and costs.

        An action may be dismissed by "a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Such dismissals are effective

without a court order.  *Id.*  Here, Defendant has not filed an answer or a motion for summary judgment.

Thus, Plaintiff's claims against Defendant were effectively dismissed when the Plaintiff filed the instant

notice.  However, this order issues for the purpose of maintaining the Court's docket.

        Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED** this 7th day of February 2022.



                                        /s/ *Robert T. Dawson*
                                        **ROBERT T. DAWSON**
                                        **SENIOR U.S. DISTRICT JUDGE**

1